IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE ANTONIO BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-811-WKW |
| | ) | [WO] |
| RUSSELL COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On September 26, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 5.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 5) is ADOPTED as follows:

1. Plaintiff's claims against the Russell County Jail are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Russell County Jail is DISMISSED as a defendant.

3. This case with respect to Plaintiff's claims against the remaining defendants is referred to the Magistrate Judge for further proceedings.

DONE this 16th day of October, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE